STATE of Missouri, Respondent,

v.

Dewey D. RAXTER, Appellant.

No. WD 46129.

Missouri Court of Appeals,
Western District.

Aug. 31, 1993.

R. Christine Stallings, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David B. Cosgrove, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and FENNER and HANNA, JJ.

### ORDER

PER CURIAM.

Appeal from conviction after jury trial of the class B felony of manufacture and pro-

duction of a controlled substance, in violation of section 195.211, RSMo Supp.1992.

Judgment affirmed. Rule 30.25(b).